JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ANNE LIWAG,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 2:20-cv-09418-AB-PLA<br><br>Action Filed: October 14, 2020<br><br>Trial Date: Not Set<br><br>[~~PROPOSED~~] **ORDER RE JOINT STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the parties' Stipulation this matter is hereby **DISMISSED WITH PREJUDICE.  IT IS SO ORDERED.**

Dated:  November 3, 2022

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

